JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   CV-12-1788-R                                           Date: JUNE 23, 2014

Title:   RICK YOUNG V. HILTON WORLDWIDE INC., et al.
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

   Alex P. Katofsky                                    Angela Christine Agrusa

PROCEEDINGS:   Defendants' Motion for Judgment on the Pleadings [51] filed 5-19-14

**Counsel submit on the papers.**

**The Court GRANTS Defendants' Motion for Judgment on the Pleadings [51] and dismisses the Complaint, for reasons as stated on the record.**

**Counsel for Defendants shall submit the proposed order consistent with the Court's ruling.**

0:06 min

MINUTES FORM 11                                 Initials of Deputy Clerk ___CCH___
CIVIL -- GEN